AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
VANESSA L. ARMSTRONG, CLERK

DEC 19 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>Stephen Kyle Goodlett<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 3:16-MJ-668 |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Aug. 2005 through Oct. 13, 2016__ in the county of __Larue__ in the __Western__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252A(a)(1) | Transportation of child pornography |
| 18 USC 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

HSI Special Agent Brady Oberholtzer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/19/2016__

_____
*Judge's signature*

City and state: __Louisville, KY__    U.S. Magistrate Judge Dave Whalin
*Printed name and title*