

FILED
VANESSA L. ARMSTRONG, CLERK

JAN 04 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**STEPHEN KYLE GOODLETT**

NO. 3:17 CR-2 DJH

INDICTMENT

18 U.S.C. § 2252A(a)(1)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2252A(b)(2)
18 U.S.C. § 2253(a)(3)

The Grand Jury charges:

### COUNT 1

In or about and between August 2005 and October 13, 2016, in the Western District of Kentucky, Hardin County, Kentucky, **STEPHEN KYLE GOODLETT**, defendant herein, knowingly transported child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(A), that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

The Grand Jury further charges:

### COUNT 2

On or about October 13, 2016, **STEPHEN KYLE GOODLETT**, defendant herein, knowingly possessed child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(A), that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

NOTICE OF FORFEITURE

The allegations contained in counts 1 and 2 of this Indictment are hereby realleged and incorporated, by reference, for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

As a result of committing the offenses in violation of Counts 1 and 2 of this Indictment, **STEPHEN KYLE GOODLETT**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(3), all of the rights, title, and interests in any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including but not limited to the following:

a. iPhone, bearing serial number F17M8DA3FF9Y;

b. Service tag; 7NLH1H1, Model: PP29L;

c. Canon digital camera, bearing serial number 322074104338;

d. PNY 8GB SD card, bearing serial number SDK0BG1132*H6130L;

e. Sandisk 1GB SD card, bearing serial number BB0731713304D;

f. Imation 1GB drive, bearing serial number HMDS01GCED900033213;

g. Dell USB drive, 64 MB;

h. Kodak 3x optical zoom, bearing serial number KCGHR74738113;

i. Kodak Easy Share digital camera Model CX7300, bearing serial number KCGCX52202616;

j. Lexar 128 MB SD card, bearing serial number FH0523084CH0524PA;

k. Sandisk, Cruzer, 4GB thumb drive, bearing serial number SDCZ36W004GBH1107WRIB;

l. Sandisk, Glide, 32GB thumb drive, bearing serial number SDCZ60032GBM120723461B;

m. Dell Latitude 2110, bearing serial number CND3080G8L;

n. Dell Inspiron Duo laptop, bearing serial number BS83Q1;

o. Verbatim thumb drive;

p. Seagate external 1TB drive, model number SRD00F1, bearing serial number NA7G6B3R;

q. iPhone model A1387;

r. Sandisk, Cruzer, 1GB thumb drive, bearing serial number BB0805KCIB;

s. PNY 4GB SD card;

t. Sandisk, Cruzer glide, 16GB thumb drive, bearing serial number CDCZ60016GBL120523461B;

u. Sandisk, Cruzer, 8GB thumb drive, bearing serial number SDCZ36008GBI1202ZMIB;

v. USB drive with "KHPDA" on one side;

w. Kingston datatraveler 112, 2GB thumb drive;

x. Apple iPod, 8GB, Model A1367, bearing serial number C3LG9N5DCP7;

y. Micro SD card, bearing serial number SDC026;

z. Sandisk Micro SD card, bearing serial number MMAGR02GUECAMB1F261000034;

aa. Micro SD card, bearing serial number MMAGR02GUECAMB1FDE269GA126;

bb. Samsung Micro SD card, bearing serial number MM8GR01GUACYNA1C071000835;

cc. Sandisk Micro SD card, 2GB;

dd. Sandisk Micro SD card 8GB;

ee. Micro SD card, bearing serial number MMBTR0463CCAMPDHDH12586238;

ff. Attache 512 MB thumb drive;

gg. Yellow and black thumb drive labeled "EIS PLC WORK";

hh. Sandisk 4GB Micro SD card;

ii. HTC Cell phone, bearing serial number HT9B9HF01705; and

jj. Dell latitude laptop computer, Model D510.

A TRUE BILL.

FOREPERSON

*Laura Hall* (signature)

JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

JEK:ASM:12/28/16

UNITED STATES OF AMERICA v. **STEPHEN KYLE GOODLETT**

## PENALTIES

Count 1: NL 5 yrs./NM 20 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release
Count 2: NM 20 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release (mandatory $5,000 assessment if the defendant is non-indigent)
Forfeiture

## N O T I C E

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

THE UNITED STATES OF AMERICA

vs.

STEPHEN KYLE GOODLETT

## INDICTMENT

**Title 18 U.S.C. §§ 2252A(a)(1); 2252A(b)(1); 2252A(a)(5)(B); 2252A(b)(2):**
**Transporting Child Pornography that had Been Transported in Interstate Commerce Via Computer; Possessing Child Pornography that had Been Transported in Interstate Commerce Via Computer.**

*A true bill.*

_____
                                        *Foreperson*

*Filed in open court this 4th day, of January, 2017.*

_____
                                          *Clerk*

*Bail, $*



FILED
VANESSA L. ARMSTRONG, CLERK

JAN 04 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY