

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                              Plaintiff,

v.                                                   Criminal Action No. 3:17-cr-002-DJH

STEPHEN KYLE GOODLETT,                                                 Defendant.

\* \* \* \* \*

### ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

February 8, 2018
Date

_Stephen R. Smith_ (signature)
Defendant's Signature